# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joshua Reus, | No. CV-20-00236-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Monarch Recovery Management Incorporated, et al., | |
| Defendants. | |

Pursuant to the Joint Stipulation of Voluntary Dismissal with Prejudice (Doc. 27),

**IT IS ORDERED** dismissing this matter with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 9th day of September, 2020.

_____
Honorable Susan M. Brnovich
United States District Judge